IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01265-BNB

DOSSIE HOWARD,

    Plaintiff,

v.

DENVER DISTRICT COURT, and
THE STATE OF COLORADO,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e)" filed July 9, 2007, is DENIED as inappropriate.

Dated: July 11, 2007

A copy of this Minute Order was mailed on July 11, 2007, to the following:

Dossie Howard
Prisoner No. 51511
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

                                              Secretary/Deputy Clerk