IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01265-ZLW

DOSSIE L. HOWARD,

Plaintiff,

v.

DENVER DISTRICT COURT, and
THE STATE OF COLORADO,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

           1 2007

GREGORY C. LANGHAM
                    CLERK

ORDER DENYING MOTION TO RECONSIDER

On October 24, 2007, Plaintiff Dossie L. Howard, a Colorado state prisoner, filed a Letter in the instant action. The Court must construe the Letter liberally because Mr. Howard is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Letter will be construed as a Motion to Reconsider and will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed within ten days after the judgment will be considered pursuant to Rule 59(e). *See id.* A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Howard's Motion, which was filed more than ten days after the

Court's order and judgment of dismissal entered on August 15, 2007, will be construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The basis for the Court's dismissal is explained in detail in the August 15, 2007, Order. Upon consideration of the Motion to Reconsider and the entire file, the Court finds that Mr. Howard fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the Motion will be denied. Accordingly, it is

ORDERED that the Letter, filed October 24, 2007, is construed as a Motion to Reconsider filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and is denied.

DATED at Denver, Colorado, this 31 day of Oct, 2007

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01265-BNB

Dossie Howard
Prisoner No. 51511
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11/01/07

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                Deputy Clerk